**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                            NO. 4:08CR00081-01 JLH

ANTONIO SANDOVAL CRUZ                                                                      DEFENDANT

**ORDER**

On September 11, 2009, the Court entered an order setting a deadline of September 25, 2009, for counsel for the government or defendant to dispute the findings in the forensic evaluation report, to file a motion for hearing, or motion in opposition to the report, including a concise statement of opposition to the report and supporting authorities.

No opposition to the report has been filed.  Therefore, the conclusions stated in the report are adopted as the conclusions and findings of the Court.

IT IS SO ORDERED this 29th day of September, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE