# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                              NO. 4:08CR00081-01 JLH

ANTONIO SANDOVAL CRUZ                                                                   DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the motion filed by Antonio Sandoval Cruz to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is denied. No certificate of appealability will be issued.

IT IS SO ORDERED this 9th day of May, 2013.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE